C. Taylor Ashworth (#010143)
Christopher Graver (#013235)
Josh Kahn (#026284)
**STINSON MORRISON HECKER LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
tashworth@stinson.com

Proposed Attorneys for Debtor and Debtor-in-Possession

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>ARIZONA HEART INSTITUTE, LTD.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:10-bk-24062-GBN<br><br>**SUPPLEMENTAL MOTION TO SET EARLIER EMERGENCY HEARING ON SHORTENED NOTICE ON FIRST DAY MOTIONS**<br><br>**Hearing Date:** None Set<br>**Hearing Time:**<br>**Location:** **Courtroom #702**<br>**230 N First Ave**<br>**Phoenix AZ 85003** |

Arizona Heart Institute, Ltd. ("AHI" or "Debtor"), Debtor and Debtor-in-Possession herein, through proposed counsel, hereby supplements (the "Supplemental Motion") its prior Motion for Emergency Hearing on Shortened Notice on First Day Motions ("Emergency Hearing Motion," DE #11). The Court has set a hearing pursuant to the Hearing Motion on August 12, 2010, at 11:00 a.m. This Supplemental Motion requests, for the reasons set out below, that the Court vacate that hearing and set an earlier hearing as soon as possible <u>during the week of August 2nd through 6th, 2010</u>.

### I. Summary of Emergency Hearing Motion

AHI operates cardiovascular health care facilities. The Hearing Motion requested an emergency hearing on (1) approval of a stipulated order with Northern Trust, AHI's primary secured creditor, authorizing the use of cash collateral ("Cash Collateral Motion," DE #10), and (2) setting an expedited hearing for considering the approval of bidding procedures, including a break-up fee, on an

agreement for the purchase of substantially all of AHI's assets ("Bid Procedures Motion," DE #4). The Court granted the Emergency Hearing Motion, and set a hearing for August 12, 2010.

## II. Supplemental Grounds for Emergency Hearing.

Unfortunately, it will be virtually impossible for AHI to survive without authority to use cash collateral for ten days. Northern Trust requires the entry of the proposed stipulated order (which includes replacement liens) before it will authorize use of any cash collateral for any significant period of time. AHI, in order to service its cardiovascular patients, needs to be able to buy medical and operational supplies to perform various procedures, including, among other things, radioactive isotopes for certain critical tests, and catheters and other supplies incident to procedures during which patients receive anesthesia. AHI will have to turn its patients away and large cease providing these medical services if it is unable to use cash collateral for ten days.

In addition, the proposed sale of substantially all of AHI's assets, consistent with the time-frame of the stipulated cash collateral order, contemplates two separate hearings, and a closing on September 15, 2010, but no later than October 15, 2010. The first hearing is to authorize bidding procedures, including the approval of a break-up fee, to be followed after full notice by a sale hearing. AHI requested in its Emergency Hearing Motion that the Court immediately hear the issue of when to set an expedited hearing on the bidding procedures and break-up fee. If the date of a hearing on the bid procedures is not determined until 10 days from now, it could significantly impact the timing of the sale hearing.

WHEREFORE, AHI requests entry of an Order re-setting the emergency hearing on shortened notice on its First Day Motions from August 12, 2010, to such date and time as early as possible during the week of August 2nd through 6th, 2010, as the Court may find convenient, and for such other relief as is just in the circumstances.

2

RESPECTFULLY SUBMITTED this August 2, 2010.

**STINSON MORRISON HECKER LLP**

By: /s/ Christopher Graver (#013235)
C. Taylor Ashworth
Christopher Graver
Josh Kahn
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Proposed Attorneys for Debtors

Copy of the foregoing sent this August 2, 2010, to:

Office of the US Trustee
230 N Central Ave #204
Phoenix AZ 85003
patty,chan@usdoj.gov

Brian Sirower, Esq.
Michael Migliaccio, Esq.
QUARLES & BRADY PC
Two N Central Ave
Phoenix AZ 85004-2391
brian.sirower@quarles.com
Michael.migliaccio@quarles.com
Attorneys for Northern Trust

James Kapp, III, Esq.
McDERMOTT WILL &EMERY LLP
227 W Monroe
Chicago IL 60606
jkapp@mwe.com
Attorneys for Vanguard


 /s/ Rebecca J. McGee

3

DB04/839144.0002/3144556.1 DD02