1  C. Taylor Ashworth (#010143)
   Christopher Graver (#013235)
2  Josh Kahn (#026284)
   **STINSON MORRISON HECKER LLP**
3  1850 N. Central Avenue, Suite 2100
   Phoenix, Arizona 85004-4584
4  Tel: (602) 279-1600
5  Fax: (602) 240-6925
   tashworth@stinson.com
6  Attorneys for Debtor and Debtor-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>ARIZONA HEART INSTITUTE, LTD.,<br><br>Debtor. | Case No. 2:10-bk-24062-GBN<br><br>**NOTICE OF INTERIM AND FINAL HEARINGS ON BIDDING PROCEDURES AND BAR DATE FOR OBJECTIONS**<br><br>**Initial Hearing Date:** August 26, 2010<br>**Hearing Time:** 2:30 p.m.<br><br>**Final Hearing Date:** September 10, 2010<br>**Hearing Time:** 11:15 a.m.<br>**Location:** Courtroom #702<br>230 N First Ave<br>Phoenix AZ 85003 |

**NOTICE IS HEREBY GIVEN** that hearings will be held as set forth below on approval of certain bidding and sales procedures, including approval of a break-up fee (the "Bidding Procedures"), contained in *Debtor's Motion for an Order Approving Sale of Debtor's Assets Under Asset Purchase Agreement Free and Clear of Liens, Claims and Encumbrances; Approving Assumption and Assignment of Unexpired Leases and Executory Contracts; and for an Emergency Hearing on Approval of Certain Auction and Bid Procedures, Including a Breakup Fee, Setting Date and Time for Hearing on Proposed Sale; and Approving Form of Notice of Auction and Sale Hearing* ("Motion") filed by Arizona Heart Institute, Ltd. ("AHI" or "Debtor"), Debtor and Debtor-in-Possession (Docket #4).

**NOTICE IS FURTHER GIVEN** that an initial hearing (the "Initial Hearing") on approval of the Bidding Procedures will be held on **August 26, 2010 at 2:30 p.m.** at the United States Bankruptcy Court, Courtroom #702, 230 North First Avenue, Phoenix, Arizona, before the Honorable George B.

Nielsen. The Court will hear the objections of the U.S. Trustee and any other objecting party then before the Court at the Initial Hearing.

**NOTICE IS FURTHER GIVEN** that any response or objection to approval of the Bidding Procedures must be in writing, filed with the Clerk of the United States Bankruptcy Court, **on or before August 19, 2010**, with a copy to counsel for the Debtor at the following address:

Christopher Graver, Esq.
STINSON MORRISON HECKER LLP
1850 N Central Ave #2100
Phoenix AZ 85004-4584
cgraver@stinson.com

Please be advised that failure to timely respond or object to the Bidding Procedures may result in entry of an Order by the Court approving the Bidding Procedures with no further opportunity for a hearing.

**NOTICE IS FURTHER GIVEN** that a final hearing on approval of the Bidding Procedures (the "Final Hearing") will be held on **September 10, 2010, at 11:15 a.m.**, at the United States Bankruptcy Court, Courtroom #702, 230 North First Avenue, Phoenix, Arizona, before the Honorable George B. Nielsen. At the Final Hearing the Court will hear objections, if any, of the Official Unsecured Creditors' Committee, if one is appointed.

A copy of the Motion may be obtained from the Clerk of the United States Bankruptcy Court, 230 North First Avenue, Room 100, Phoenix, Arizona 85003, or from counsel for the Debtor.

RESPECTFULLY SUBMITTED this August 12, 2010.

**STINSON MORRISON HECKER LLP**

By: /s/ Christopher Graver (#013235)
C. Taylor Ashworth
Christopher Graver
Josh Kahn
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for AHI