C. Taylor Ashworth (#010143)
Christopher Graver (#013235)
Josh Kahn (#026284)
**STINSON MORRISON HECKER LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
tashworth@stinson.com

Attorneys for Debtor and Debtor-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>ARIZONA HEART INSTITUTE, LTD.,<br><br>Debtor. | Case No. 2:10-bk-24062-GBN<br><br>**NOTICE OF HEARING AND BAR DATE FOR OBJECTIONS ON PROPOSED SALE OF DEBTOR'S ASSETS**<br><br>**Hearing Date:** September 21, 2010<br>**Hearing Time:** 2:00 p.m.<br>**Location:** Courtroom #702<br>230 N First Ave<br>Phoenix AZ 85003 |

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **September 21, 2010 at 2:00 p.m.** at the United States Bankruptcy Court, Courtroom #702, 230 North First Avenue, Phoenix, Arizona, before the Honorable George B. Nielsen. At the hearing, the Court will consider the *Debtor's Motion for an Order Approving Sale of Debtor's Assets Under Asset Purchase Agreement Free and Clear of Liens, Claims and Encumbrances; Approving Assumption and Assignment of Unexpired Leases and Executory Contracts; and for an Emergency Hearing on Approval of Certain Auction and Bid Procedures, Including a Breakup Fee, Setting Date and Time for Hearing on Proposed Sale; and Approving Form of Notice of Auction and Sale Hearing* ("Motion") filed by Arizona Heart Institute, Ltd. ("AHI" or "Debtor"), Debtor and Debtor-in-Possession (Docket #4).

The Motion provides for the sale of substantially all the assets of AHI, free and clear of all liens, claims and encumbrances, under an Asset Purchase Agreement with Hospital Development Company Number I, Inc. (the "APA"); approving Debtor's assumption and assignment of certain unexpired leases and executory contracts; and approving notice, bidding and sales procedures,

including a break-up fee (the "Bidding Procedures"). The Court has separately set hearings on approval of the Bidding Procedures in advance of this sale hearing, and notice of the hearings on the Bidding Procedures is being separately provided.

A copy of the Motion may be obtained from the Clerk of the United States Bankruptcy Court, 230 North First Avenue, Room 100, Phoenix, Arizona 85003, or from counsel for the Debtor.

**NOTICE IS FURTHER GIVEN** that any response or objection to the Motion must be in writing, filed with the Clerk of the United States Bankruptcy Court, **on or before September 14, 2010**, with a copy to counsel for the Debtor at the following address:

> Christopher Graver, Esq.
> STINSON MORRISON HECKER LLP
> 1850 N Central Ave #2100
> Phoenix AZ 85004-4584
> cgraver@stinson.com

Please be advised that failure to timely respond or object to the Motion may result in entry of an Order by the Court approving the sale with no further opportunity for a hearing.

RESPECTFULLY SUBMITTED this August 12, 2010.

**STINSON MORRISON HECKER LLP**

By: /s/ Christopher Graver (#013235)
C. Taylor Ashworth
Christopher Graver
Josh Kahn
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for AHI

2

DB04/839144.0003/3187163.1 DD02