C. Taylor Ashworth, AZ Bar No. 10143
Christopher Graver, AZ Bar No.13235
Josh Kahn, AZ Bar No. 26284
**STINSON MORRISON HECKER LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
cgraver@stinson.com

Attorneys for Arizona Heart Institute, Ltd.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>ARIZONA HEART INSTITUTE, LTD.<br><br>Debtor. | Chapter 11<br><br>Case No. 2:10-bk-24062-GBN<br><br>**NOTICE OF AUCTION AND HEARING REGARDING DEBTOR'S MOTION TO AUTHORIZE THE SALE OF SUBSTANTIALLY ALL OF ITS ASSETS AND RELATED ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS PURSUANT TO SECTIONS 105, 363 AND 365 OF THE BANKRUPTCY CODE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS**<br><br>Hearing Date: September 21, 2010<br>Hearing Time: 2:00 p.m.<br>Location: Courtroom #702<br>230 N First Ave<br>Phoenix AZ 85003 |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on July 30, 2010, Arizona Heart Institute, Ltd. ("**AHI**" or "**Debtor**"), as debtor and debtor-in-possession, filed a motion (the "**Sale Motion**") with the United States Bankruptcy Court for the District of Arizona (the "**Court**"), requesting, among other things, entry of an order (the "**Sale Order**"), pursuant to sections 105, 363, and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), authorizing (a) the proposed sale (the "**Asset Sale**") free and clear of liens, claims, encumbrances and interests in substantially all assets of the Debtor (the "**Assets**"), and (b) assumption and assignment of certain executory contracts and agreements by Hospital Development Company Number 1, Inc. (the "**Proposed Purchaser**") pursuant to the terms of that certain Asset Purchase Agreement (the "**APA**") among AHI and the Proposed Purchaser dated July 30, 2010 (including all related instruments, documents, exhibits, schedules, lists and agreements).

AHI is a specialty outpatient clinic dedicated to the prevention, detection, and treatment of cardiovascular diseases. AHI currently operates in two leased locations, and it employs 15 physicians and approximately 134 other employees. As set forth in section 1.1 of the APA, the Assets to be sold include, among other things, all of Debtor's tangible property, machinery, equipment, inventories, tenant improvements, goodwill, software and computer programs, hardware, intellectual property (including the name "*Arizona Heart Institute*" and all other trade names and acronyms under which Debtor conducts its business or by which it is commonly known), prepaid expenses (other than prepaid insurance or prepaid other assets) and certain deposits, books and records (including all patient charts and records since January 1, 2007, patient lists and appointment books relating to patients treated by the Practice), and other assets owned by Debtor as set forth in the APA, including the assumption and assignment of certain of the Debtor's executory contracts and unexpired leases designated by the Proposed Buyer (the "**Executory Agreements**") (collectively, the "**Acquired Assets**").

PLEASE TAKE FURTHER NOTICE:

Pursuant to an interim order dated September 7, 2010, granting certain of the relief related to, among other things, the Bid Procedures[1] and Breakup Fee requested in the Sale Motion (the "**Bid Procedures Order**"), the Court will conduct an auction (the "**Auction**") at the Sale Hearing described below for the sale of the Assets. A final hearing on the Bid Procedures Order, addressing the objections, if any, of the Unsecured Creditors' Committee, will be held on September 10, 2010, at 11:15 a.m. local Phoenix time (Mountain Standard Time), before the Honorable George B. Nielsen in the United States Bankruptcy Court for the District of Arizona, 230 North First Avenue, Courtroom No. 702, Phoenix, Arizona 85003.

Parties wishing to participate in the Auction must become Qualified Bidders and submit Qualified Bids so that such Qualified Bids are actually received by Debtor on or before September 17, 2010 at 5:00 p.m. local Phoenix time (Mountain Standard Time) (the "**Bid Deadline**"). The Bid Procedures Order also sets forth, among other things, the specific requirements for a bidder to be a Qualified Bidder and a bid to be a Qualified Bid.

A hearing (the "**Sale Hearing**") will be held on September 21, 2010 at 2:00 p.m. local Phoenix time (Mountain Standard Time), or as soon thereafter as counsel can be heard, before the Honorable George B. Nielsen in the United States Bankruptcy Court for the District of Arizona, 230 North First Avenue, Courtroom No. 702, Phoenix, Arizona 85003, at which time the Debtor will seek entry of an order approving the sale of the Assets in accordance with the Bid Procedures Order.

The Debtor has selected the Proposed Purchaser as the stalking horse bidder pursuant to the terms of the APA, which APA provides, among other things, for the sale of the Assets to the Proposed Purchaser free and clear of liens, encumbrances and interests. Under the terms of the APA, Proposed Purchaser will provide cash consideration of $6,050,000.00, subject to certain adjustments described in the APA.

---

[1] Except as otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Sale Motion.

Any entity that wishes to submit a bid for the purchase of the Assets must comply in all respects with the terms and conditions established by the Bid Procedures Order. Copies of the Sale Motion, Bid Procedures Order, and the APA are available upon request by contacting counsel for the Debtor at Stinson Morrison Hecker LLP, 1850 North Central Avenue, Suite 2100, Phoenix, Arizona 85004-4584, Attn. Christopher Graver, Esq. (602-279-1600).

PLEASE TAKE FURTHER NOTICE that objections, if any, to entry of an order granting the remaining relief requested in the Sale Motion, must be made in writing, filed with the Court, and served in accordance with the terms and conditions established by the Bid Procedures Order so as to be actually received by Debtor by **5:00 p.m. local Phoenix time (Mountain Standard Time) on September 14, 2010**.

PLEASE TAKE FURTHER NOTICE that the Court has set a separate deadline for filing objections to the entry of an order approving the assumption and assignment of any Assigned Personal Property Lease listed on Schedule 4.8 to the APA, any Assigned Contract listed on Schedule 4.19 to the APA, or to the amount, if any, proposed to cure all defaults under any such Assigned Personal Property Lease or Assigned Contract. Any such objection shall be in writing, filed with the Court and served, so as to be actually received no later than **September 20, 2010 at 4:00 p.m. local Phoenix time (Mountain Standard Time)**. Any objection to the assumption and assignment of any Assigned Contract or Assigned Personal Property Lease must state with detail the grounds for any objection to the assignment of such contract or lease to the Proposed Buyer.

PLEASE TAKE FURTHER NOTICE that in the absence of any timely objection, the Debtor will submit to the Court a form of order setting forth, among other things, that (i) the notice procedures of the Sale Motion have been satisfied, (ii) no objection to the Sale Motion was timely made or such objection has been resolved, and (iii) the Debtor may proceed with the remaining relief requested in the Sale Motion. The form of order will also provide that to the extent any person or entity has any lien, claim, encumbrance, or other interest ("**Interest**") in the Assets, pursuant to the Sale Motion, such Interest will attach to the proceeds derived by the Debtor from the sale of the Assets in order of their priority and with the same validity, force and effect that such Interest has now against the Assets, subject to all rights and defenses the Debtor may have.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE REMAINING RELIEF REQUESTED IN THE SALE MOTION WITHOUT FURTHER NOTICE TO YOU OR THE OPPORTUNITY TO OBJECT.**