C. Taylor Ashworth, AZ Bar No. 10143
Christopher Graver, AZ Bar No. 13235
Josh Kahn, AZ Bar No. 26284
**STINSON MORRISON HECKER LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
cgraver@stinson.com

Counsel for Arizona Heart Institute, Ltd.

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>ARIZONA HEART INSTITUTE, LTD.<br><br>Debtor. | Chapter 11<br><br>Case No. 2:10-bk-24062-GBN<br><br>**NOTICE OF LODGING FINAL ORDER (A) APPROVING BID PROCEDURES AND BID PROTECTIONS, INCLUDING A BREAK-UP FEE, TO BE EMPLOYED IN CONNECTION WITH THE PROPOSED SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS; (B) SCHEDULING AN AUCTION AND SALE HEARING; AND (C) APPROVING THE FORM AND MANNER OF NOTICE RELATED THERETO** |

**NOTICE IS HEREBY GIVEN** that the Arizona Heart Institute, LTD. ("AHI" or "Debtor"), Debtor and Debtor-in-Possession, has this date lodged the proposed *Final Order (A) Approving Bid Procedures and Bid Protections, Including a Break-Up Fee, to be Employed in Connection with the Proposed Sale of Substantially All of the Debtor's Assets; (B) Scheduling an Auction and Sale Hearing; and (C) Approving the Form and Manner of Notice Related Thereto*, in the form attached hereto, relating to Docket Entry #4.

DATED this September 13, 2010.

**STINSON MORRISON HECKER LLP**

By:   /s/ Christopher Graver (#013235)
C. Taylor Ashworth
Christopher Graver
Josh Kahn
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Counsel for Arizona Heart Institute, Ltd.

DB04/839144.0003/3326678.1 DD02

C. Taylor Ashworth, AZ Bar No. 10143
Christopher Graver, AZ Bar No.13235
Josh Kahn, AZ Bar No. 26284
**STINSON MORRISON HECKER LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
cgraver@stinson.com

Attorneys for Arizona Heart Institute, Ltd.

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re | Chapter 11 |
| ARIZONA HEART INSTITUTE, LTD. | Case No. 2:10-bk-24062-GBN |
| Debtor. | **FINAL ORDER (A) APPROVING BID PROCEDURES AND BID PROTECTIONS, INCLUDING A BREAK-UP FEE, TO BE EMPLOYED IN CONNECTION WITH THE PROPOSED SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS; (B) SCHEDULING AN AUCTION AND SALE HEARING; AND (C) APPROVING THE FORM AND MANNER OF NOTICE RELATED THERETO** |

This matter came before the Court on the Motion of Debtor and Debtor-in-Possession Arizona Heart Institute, Ltd. ("**Debtor**" or "**AHI**") for an Emergency Hearing on Approval of Certain Auction and Bid Procedures, Including a Break-Up Fee; Setting Date and Time for Hearing on Proposed Sale; and Approving Form of Notice of Auction and Sale Hearing (the "**Bid Procedures Motion**," DE #4)[1], which requests an order, among other things, (a) approving Bid Procedures to be employed in connection with the proposed sale of the Debtor's Assets; (b) approving a Break-Up Fee in connection therewith; (c) scheduling a hearing (the "**Sale Hearing**") to consider approval of the sale of Assets; and

---

[1] The Bid Procedures Motion forms part of Debtor's Motion for an Order Approving Sale of Debtor's Assets Under Asset Purchase Agreement Free and Clear of Liens, Claims and Encumbrances; Approving Assumption and Assignment of Unexpired Leases and Executory Contracts; and for an Emergency Hearing on Approval of Certain Auction and Bid Procedures, Including a Break-Up Fee; Setting Date and Time for Hearing on Proposed Sale; and Approving Form of Notice of Auction and Sale Hearing (the "Sale Motion").

DB04/839144.0003/3321480.2 DD02

(d) approving the form and manner of notice of the Sale Motion and Sale Hearing; and the Court having previously set the Sale Hearing for September 21, 2010, at 2:00 p.m.; and the Court having further entered its Interim Order (A) Approving Bid Procedures and Bid Protections, Including a Break-Up Fee, to be Employed in Connection With the Proposed Sale of Substantially All of the Debtor's Assets; (B) Scheduling an Auction and Sale Hearing; and (C) Approving the Form and Manner of Notice Related Thereto ("**Interim Bid Procedures Order**," DE #130) on September 7, 2010, subject to final hearing on September 10, 2010, at 11:15 a.m. ("**Final Bid Procedures Hearing**"), to consider any response to the Bid Procedures Motion by the Unsecured Creditors' Committee ("**Committee**"); and the Court having conducted the Final Bid Procedures Hearing, having considered the Bid Procedures Motion and the limited objection thereto filed by the Committee (DE #142) ("**Committee Objection**"), having heard and considered the arguments of counsel, and after due deliberation thereon; and sufficient cause appearing therefor:

THE COURT FINDS that

1. This Court has jurisdiction over this contested matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The Committee Objection should be overruled, without prejudice to the right of the Committee to re-urge its objection as an objection to the proposed sale at the Sale Hearing.

3. Except as may be modified hereby, the Interim Bid Procedures Order should be adopted as the final order of this Court approving the Bid Procedures Motion.

ACCORDINGLY, IT IS HEREBY ORDERED that the Committee Objection to the Bid Procedures Motion is overruled, without prejudice to the right of the Committee to re-urge its objection as an objection to the proposed sale at the Sale Hearing;

DB04/839144.0003/3321480.2 DD02

1  IT IS FURTHER ORDERED that the Bid Procedures Motion is granted, and except as
2  modified by this order, the Interim Bid Procedures Order, which is here incorporated by this reference,
3  is adopted as the final order of this Court (the "**Final Bid Procedures Order**");
4  IT IS FURTHER ORDERED that this Court shall retain jurisdiction over any matter or dispute
5  arising from or relating to the implementation of this Final Bid Procedures Order.

DATED AND SIGNED ABOVE.

DB04/839144.0003/3321480.2 DD02