# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | ARIZONA HEART INSTITUTE, LTD. |
| **Case Number:** | 2:10-bk-24062-GBN **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, SEPTEMBER 10, 2010 11:15 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matters:

1) HEARING RE: Debtor's Motion for Entry of an Order Authorizing Retention and Employment of Ordinary Course Professional and Approving Procedures for Future Employment of Ordinary Course Professionals.
   **R / M #:**   49 / 0

2) FINAL HEARING RE: SALE PROCEDURES.
   **R / M #:**   4 / 0

3) CONTINUED HEARING RE: Motion: (1) to Require Debtor to Timely Perform Obligations, Pursuant to Section 365(d)(3)(AS IT RELATES TO DESERT BREEZE(FR. 08-26)
   **R / M #:**   58 / 0

4) CONTINUED HEARING RE: Debtor's Motion Under 11 U.S.C. Sec. 365(d)(3) to Extend Time for Performance Under Real Property Leases as it relates to Desert Breeze. (fr. 08-26)
   **R / M #:**   90 / 0

5) CONTINUED HEARING RE: CASH COLLATERAL. (FR. 08-10 & 08-30)
   **R / M #:**   10 / 0

6) *ADDENDUM *EXPEDITED HEARING RE: U.S. Trustee's Objection to Debtor's Motion for an Order Approving Sale of Debtor's Assets under Asset Purchase Agreement Free and Clear of Liens, Claims and Encumbrances; Approving Assumption and Assignment of unexpired Leases and Executory Contracts; and (2) Motion to Dismiss or Convert this Case to Chapter 7
   **R / M #:**   118 / 0

## Appearances:

EDWARD K. BERNATAVICIUS, US TRUSTEE
PATTY CHAN, US TRUSTEE (T)
C. TAYLOR ASHWORTH, ATTORNEY FOR ARIZONA HEART INSTITUTE, LTD.
CHRISTOPHER GRAVER, ATTORNEY FOR ARIZONA HEART INSTITUTE
MICHAEL MIGLIACCIO, ATTORNEY FOR NORTHERN TRUST, N.A..
BRIAN SIROWER, ATTORNEY FOR NORTHERN TRUST
RANDY NUSSBAUM, ATTORNEY FOR DESERT BREEZE 20TH STREET PROPERTY, LANDLORD
JAMES III KAPP, ATTORNEY FOR VANGUARD
STEVE JEROME, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

(continue)...    2:10-bk-24062-GBN          FRIDAY, SEPTEMBER 10, 2010 11:15 AM

## *Proceedings:*

ITEM #1
MR. ASHWORTH SUMMARIZES WHY THE MOTION SHOULD BE GRANTED.

THE COURT RESPONDS THAT IT DOES NOT DO SECTION 328.

MR. ASHWORTH ASSURES THAT IT, ALONG WITH SECTION 363, WILL NOT BE IN THE ORDER.

THE COURT:  AS AMENDED, THE MOTION IS GRANTED PURSUANT TO SECTION 330(a)1; AN ORDER WILL BE SIGNED.

ITEM #2
MR. ASHWORTH REPORTS THAT THEY STILL HAVE HOPE TO HAVE A SALE COMPLETED BY THE END OF SEPTEMBER.  THE OBJECTION BY THE COMMITTEE IS ADDRESSED.  ADDING, IF A SALE IS NOT APPROVED, THEY DO NOT KNOW HOW THEY WILL OPERATE IN OCTOBER.  RECAPPING, THE OBJECTION SHOULD BE OVERRULED.

MR. JEROME WONDERS IF THE DEBTOR IS RUNNING POST PETITION IN DEFAULT.  IT IS STATED THAT THIS IS NOT AN AUCTION, BUT IT IS A PRIVATE SALE.  AN ADDITIONAL THIRTY DAYS IS SUGGESTED TO MARKET THE PROPERTY.

MR. SIROWER AND MR. KAPP PRESENT THEIR COMMENTS.  MS. CHAN CONCLUDING THAT MORE TIME IS NEEDED.

THE COURT:  IT IS NOT CLEAR WHAT ADEQUATE PROTECTION WOULD BE FOR THE NEXT THIRTY DAYS.  THE OBJECTION IS OVERRULED.

ITEM #3 AND #4
MR. ASHWORTH BELIEVES THAT RENT CAN BE PAID BY THE 20TH.

MR. NUSSBAUM REPORTS THAT THE PARTIES ARE CLOSE TO RESOLVING THROUGH NEGOTIATIONS ON THE LEASE.   SUGGEST CONTINUE TO THE 21ST.

THE COURT: BOTH MATTERS ARE CONTINUED TO SEPTEMBER 21, 2010 AT 2:00 P.M.

ITEM #5
MR. SIROWER SUGGESTS A CONTINUANCE TO THE 21ST, ADDING THAT THEY HAVE BEEN PRODUCTIVE IN THEIR DISCUSSIONS.  A STIPULATED ORDER ON THE 21ST WITH THE U.S. TRUSTEE REGARDING THE SCOPE IS HOPED.

MS. CHAN NOTES CONCERNS AND DOES NOT OBJECT TO A CONTINUANCE.

THE COURT:  THIS MATTER IS CONTINUED ALSO TO SEPTEMBER 21, 2010 AT 2:00 P.M.

MR. SIROWER ADVISES THAT IF THERE IS AN OBJECTION TO THE BANK'S CLAIM OR LIEN, A WRITING WILL BE PROVIDED INSTEAD OF AN ADVERSARY.  MR. JEROME CONCURS, WITH NEXT WEDNESDAY FOR ANY WRITTEN OBJECTION.

THE COURT:  THE STIPULATION, AS PROPOSED BY COUNSEL IN OPEN COURT IS APPROVED.

ITEM #4A (6)
A DISCUSSION ENSUES REGARDING THE CONSUMER PRIVACY OMBUDSMAN, ANY APPOINTMENT AND THE REQUIREMENTS, INCLUDING THAT MS. CHAN RELATES THAT THE U.S. TRUSTEE HAS NO EXPERT FOR "HIPAA".

MR. ASHWORTH SUMMARIZES THAT THEY HAVE NO OBJECTION TO AN OMBUDSMAN.MR. SIROWER DOES NOT CONCEDE THAT IT IS REQUIRED AS A MATTER OF LAW.

THE COURT ADVISES THAT IT HAS NEVER APPOINTED A PROFESSIONAL WITH THE UNDERSTANDING THAT A PROFESSIONAL CAN CONTROL WHAT IS BILLED FOR THEIR SERVICES.

MR. KAPP WISHES TO RESERVE THEIR RIGHTS.

THE COURT: IT IS DIRECTED THAT THE U.S. TRUSTEE SHALL APPOINT AN OMBUDSMAN..THIS PERSON WILL DETERMINE WHAT

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)... 2:10-bk-24062-GBN          FRIDAY, SEPTEMBER 10, 2010 11:15 AM

TYPE OF INVESTIGATION IS REQUIRED, INCLUDING THE COST.  MS. CHAN TO DRAFT AN ORDER.  THE OBJECTION TO THE SALE IS HEREBY CONTINUED TO SEPTEMBER 21, 2010 AT 2:00 P.M.  THE COURT URGES COUNSEL TO CONTINUE WITH A FLOW OF INFORMATION.  ACCELERATED DISCOVERY HAS BEEN APPROVED.  AT THIS TIME, THE COURT DOES NOT SEE A BETTER ALTERNATIVE BEING DISMISSAL OR CONVERSION.