# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | ARIZONA HEART INSTITUTE, LTD. |
| **Case Number:** | 2:10-bk-24062-GBN    **Chapter:**  11 |
| **Date / Time / Room:** | FRIDAY, MARCH 18, 2011 09:45 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## *Matter:*

HEARING RE: Motion to Approve General Electric Capital Corporation's Motion for Order Resolving Certain Amounts in Dispute Pursuant to the Order Approving The Sale of The Debtor's Assets and For Payment of the Amounts to General Electric Capital Corporation

**R / M #:**    322 / 0

**VACATED:  PER DOCKET #328 / STIPULATION / RESOLVED**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: PER DOCKET #328 / STIPULATION / RESOLVED