**ORDERED ACCORDINGLY.**

**Dated: March 18, 2011**





**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| AHI HOLDING COMPANY fka Arizona Heart Institute, Ltd. | Case No. 2:10-bk-24062-GBN |
| Debtor. | **STIPULATED ORDER GRANTING GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION FOR ORDER RESOLVING CERTAIN AMOUNTS IN DISPUTE PURSUANT TO THE ORDER APPROVING THE SALE OF THE DEBTOR'S ASSETS AND FOR PAYMENT OF THE AMOUNTS TO GENERAL ELECTRIC CAPITAL CORPORATION** |

The Court has considered the agreement of the Chapter 11 Trustee, David Reaves, Northern Trust Bank ("**NTB**") and General Electric Capital Corporation ("**GECC**") as set forth in this Stipulated Order on GECC's <u>Motion for Order Resolving Certain Amounts in Dispute Pursuant to the Order Approving the Sale Of the Debtor's Assets and for Payment of the Amounts to General Electric Capital Corporation</u> (the "**Motion**") [Docket No. 322]; adequate and sufficient notice of the Motion having been given; no objections to the motion having been filed, and for good cause:

IT IS HEREBY ORDERED that NTB shall pay $45,142.27 to GECC within three (3) business days from the date of this Order via wire transfer pursuant to wire instructions to be provided by GECC from the funds in NTB's possession that were held by it pursuant to the <u>Order (A) Authorizing and Approving Asset Purchase Agreement by and between the Debtor, as Seller, and Hospital Development Company Number 12, Inc., as Proposed Purchased, Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing and Approving the Assumption and Assignment of Certain Executory Contract; and (C) Granting Related Relief</u> (the "**Sale Order**") [Docket No. 193].

IT IS FURTHER ORDERED that the hearing scheduled for March 18, 2011, at 9:45 a.m., in connection with GECC's Motion, is hereby vacated as a result of the resolution of the Motion pursuant to this Stipulated Order.

**SO ORDERED AS SIGNED AND DATED ABOVE**


**AGREED AS TO FORM AND CONTENT**:

CHAPTER 11 TRUSTEE

/s/ David Reaves

Northern Trust Bank

By <u>Dean Roney</u>
Its <u>Vice President</u>

KUTAK ROCK LLP

By <u>Joseph Wm. Kruchek</u>
8601 North Scottsdale Road
Suite 300
Scottsdale, Arizona 85253-2742
*Attorneys for GECC*

4841-6909-0825.1